RALPH R. WATNEY and Others, Appellants, v. HENRY P. BOPE and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

JAMES J. E. BURKE, Respondent, v. GALVESTON, HOUSTON AND HENDERSON RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

HARRIET E. ERLANGER, Respondent, v. ARTHUR G. ERLANGER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

GEORGE SLUTZK, an Infant, by ABRAHAM SLUTZK, His Guardian ad Litem, Respondent, v. McMULLEN, SNARE & TRIEST, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

ELSIE NEWSTATE, Appellant, v. DAVID BECK, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

CHARLOTTE L. MACKENZIE and Another, Appellants, v. COAL AND IRON NATIONAL BANK, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

SAMUEL LYNN, Respondent, v. SAUL BLICKMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

MACARTHUR BROS. COMPANY and Others, Respondents, v. THE CITY OF NEW YORK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

ROLLA L. BIGELOW and Others, Copartners, etc., Respondents, v. SAMUEL CAPLAN, Doing Business under the Firm Name and Style, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

In the Matter of the Application of JOHN C. STOKES, Appellant, for the Removal of NICHOLAS L. STOKES and Others, as Executors of and Trustees under the Last Will and Testament of THOMAS STOKES, Deceased, and ANNA R. WATERS, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.

HELEN B. STEVENS, Appellant, v. BELMONT TIFFANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Davis and Shearn, JJ.